**SHIN RYU BAZERKANIAN LLP**
Armand Antonyan (SBN 308272)
714 W. Olympic Blvd., Suite 714
Los Angeles, California 90015-1439
Telephone: (213) 986-3430
Facsimile: (213) 986-9860

Attorneys for Plaintiff FRANCISCO ARIAS

**BRYAN CAVE LLP**
Allison C. Eckstrom (SBN 217255
Michael E. Olsen (SBN 307358)
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 986-7100

Attorneys for Defendant OLD DOMINION FREIGHT LINE, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCISCO ARIAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-06291-R-RAO<br><br>(Los Angeles County Superior Court Case No. BC667540)<br><br>Assigned to:<br>Hon. Manuel L. Real<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

- 1 -
~~PROPOSED~~ ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

## ORDER

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its/his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____May 16_____, 2018.

_____
Honorable Manuel L. Real
United States District Judge